## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

LEROY P. McELWEE
REG. #17108-045                                                                                        PETITIONER

VS.                                   2:05CV00263 SWW/JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                      RESPONDENT

### ORDER

Petitioner, who is currently incarcerated at the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket entry #1.)  The Court did not order service of the Petition because Petitioner neither paid the $5.00 filing fee nor filed an Application to Proceed *In Forma Pauperis*.  (Docket entry #2.)

Petitioner has now paid the filing fee (docket entry #4), and the Court will, therefore, order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1.   The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2.   Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 21st day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE